IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RALPH WILLIAMS,**

    **Plaintiff,**

**v.**

**HANGER PROSTHETICS & ORTHOTICS, INC.,**

    **Defendant.**　　　　　　　　　　　　　　**Case No. 06-cv-801-DRH**

### ORDER

**HERNDON, District Judge:**

    Before the Court is a Stipulation for Dismissal (Doc. 21), stating that this action has been "fully settled and compromised," and therefore seeks a dismissal with prejudice as to defendant Hanger Prosthetics & Orthotics, Inc., "with each party to bear its own taxable court costs." On February 27, 2007, the Court entered a 60-day dismissal Order (Doc. 20), as it had been informed that the action had settled, but the parties needed additional time to consummate the settlement.

    Whereby the filing of the Stipulation now confirms settlement has been consummated, the Court **ACKNOWLEDGES** the Stipulation. Therefore, Plaintiff's claims in this case against defendant Hanger Prosthetics & Orthotics, Inc., are

**DISMISSED WITH PREJUDICE**, each party to bear its own costs, with judgment to be entered accordingly.

**IT IS SO ORDERED**.

Signed this 22nd day of March, 2007.

/s/        David   RHerndon
**United States District Judge**