IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RALPH WILLIAMS,**

    **Plaintiff,**

    **vs.**                                                  Cause No. 06-CV-801 DRH

**HANGER PROSTHETICS & ORTHOTICS,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

                                                      **NORBERT G. JAWORSKI, CLERK**

March 22, 2007                                  By:   s/Patricia Brown
                                                                   Deputy Clerk

APPROVED:/s/      David   RHerndon
                  **U.S. DISTRICT JUDGE**